**August 15, 2013**

| | | |
|---|---|---|
| 30298 | Hitchcox v. Hawaiian Fluid Power | Affirmed |

**August 20, 2013**

| | | |
|---|---|---|
| CAAP–11–0000419 | Williams v. Kanemaru | Affirmed |

**August 21, 2013**

| | | |
|---|---|---|
| CAAP–12–0000746 | State v. Tuiaana | Affirmed |

**August 23, 2013**

| | | |
|---|---|---|
| CAAP–11–0000643 | D.T., In re | Affirmed |
| CAAP–12–0000230 | Hopkins v. State | Affirmed |
| CAAP–12–0000355 | Tierney v. State | Vacated and Remanded |

**August 26, 2013**

| | | |
|---|---|---|
| CAAP–12–0000222 | State v. Amadeo | Affirmed |
| CAAP–12–0000431 | State v. Hargitt | Vacated and Remanded |

**August 28, 2013**

| | | |
|---|---|---|
| CAAP–12–0000253 | Jones v. Van Balen | Affirmed |
| CAAP–10–0000150 | Molfino v. Yuen | Affirmed |

**August 29, 2013**

| | | |
|---|---|---|
| CAAP–10–0000011 | Hawaii Medical Service Ass'n v. Adams | Vacated and Remanded |
| 29521 | MHI LLC v. Ching | Affirmed |

**August 30, 2013**

| | | |
|---|---|---|
| CAAP–11–0000128 | Capital One Bank (USA), N.A. v. Stewart | Affirmed |